**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Pedro NUNEZ–RODRIGUEZ, a/k/a Raphael Diaz, Defendant–Appellant.**

**No. 01–7629.**

United States Court of Appeals,
Fourth Circuit.

Submitted Jan. 18, 2002.

Decided Feb. 21, 2002.

Pedro Nunez–Rodriguez, Appellant Pro Se. Robert Edward Bradenham, II, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

Before WILKINS, LUTTIG, and TRAXLER, Circuit Judges.

PER CURIAM.

Pedro Nunez–Rodriguez appeals the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2001). We have reviewed the record and the district court's opinion and find no reversible error. We decline to review Nunez Rodriguez's claims raised for the first time on appeal. *See Muth v. United States,* 1 F.3d 246, 250 (4th Cir.1993). We deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. Nunez–Rodriguez,* Nos. CR–98–121; CA–01–211–1 (E.D.Va. July 16, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*